# Exhibit 1

Code Name: "NYPE 93"
Recommended by:
The Baltic and International Maritime Council (BIMCO)
The Federation of National Associations of
Ship Brokers and Agents (FONASBA)



C/P HOWARD BRIDGE & ASSOCIATES LTD
shipshape@howard-bridge.com
SHIPBROKERS   LONDON



ORIGINAL

## TIME CHARTER©
New York Produce Exchange Form
*Issued by the Association of Ship Brokers and Agents (U.S.A.), Inc.*

November 6th 1913 - Amended October 20th, 1921; August 6th, 1931; October 3rd, 1946;
Revised June 12th, 1981; September 14th 1993.

THIS CHARTER PARTY, made and concluded in London ................................................... 1
this ............ 12th ........ day of ... January ............ 19 2004 ..................................... 2

Between AUCKLAND SHIPPING COMPANY, LONDON .................................................. 3
................................................................................................................................ 4
Owners of the Vessel described below, and WESTERN BULK CARRIERS KS, OSLO, NORWAY ...... 5
................................................................................................................................ 6
................................................................................................................................ 7
Charterers.                                                                                             8

### Description of Vessel                                                                                9

Name ..."LUCASTA"............... Flag ...British............ Built ...1994.............(year).              10
Port and number of Registry ...................................................................................... 11
Classed ...NK........................ in ................................................................................. 12
Deadweight... 45,708 ............ long*/metric* tons (cargo and bunkers, including freshwater and    13
stores not exceeding ............................ long*/metric* tons) on a salt water draft of ..11.62 metres  14
on summer freeboard                                                                                     15
Capacity 2,020,315 ............... cubic feet grain . 1,962,273 ......... cubic feet bale space         16
Tonnage...26,059/14,680........... GT/GRT/NRT                                                            17
Speed about ... 13.75 ..... knots, fully laden, in good weather conditions up to and including maximum  18
Force ...4....... on the Beaufort wind scale, on a consumption of about . 26............ long*/metric*  19
tons of IFO 380 CST, no diesel at sea                                                                    20

* Delete as appropriate.                                                                                 21
For further description see Appendix "A" (if applicable)                                                 22

1   **Duration**                                                                                         23

The Owners agree to let and the Charterers agree to hire the Vessel from the time of delivery for a period  24
of... 364 days minimum/maximum ............................................................................ 25
................................................................................................................................ 26
................................................................................................................................ 27
........................................................................... within below mentioned trading limits  28

2. **Delivery** 29

The Vessel shall be placed at the disposal of the Charterers at <u>in direct continuation of</u> 30
<u>C/P No. 1</u> 31
<u>arrival first load port</u> 32
<u>any permissible</u>   <u>washed down and dried up</u> ............ The Vessel on her delivery 33
shall be ready to receive cargo with clean-swept holds and tight, staunch, strong and in every way fitted 34
for ordinary cargo service, having water ballast and with sufficient power to operate all cargo-handling gear 35
simultaneously   see also clause 57 36

The Owners shall give the Charterers not less than .. 5/3/1................days notice of expected date of 37
delivery, and keep Charterers well informed if any changes. 38

3. **On-Off Hire Survey** 39
<u>each party to appoint surveyors</u>
Prior to delivery and redelivery ~~the parties shall, unless otherwise agreed, each appoint surveyors, for their~~ 40
~~respective accounts,~~ who shall not later than at first loading port/last discharging port respectively, conduct 41
joint on-hire/off-hire surveys, for the purpose of ascertaining quantity of bunkers on board and the condition 42
of the Vessel. ~~A single report shall be prepared on each occasion and signed by each surveyor, without~~ 43
prejudice to his right to file a separate report setting forth items upon which the surveyors cannot agree. 44
If either party fails to have a representative attend the survey and sign the joint survey report, such party 45
~~shall nevertheless be bound for all purposes by the findings in any report prepared by the other party.~~ 46
On-hire survey shall be on Charterers' time and off-hire survey on Owners' time. Master to 47
represent Owners

4. **Dangerous Cargo/Cargo Exclusions** 48
<u>those cargoes as described in clauses 51/52</u>
(a) The Vessel shall be employed in carrying lawful merchandise excluding ~~any goods of a dangerous,~~ 49
~~injurious, flammable or corrosive nature unless carried in accordance~~ with the requirements or 50
recommendations of the competent authorities of the country of the Vessel's registry and of ports of 51
shipment and discharge and of any intermediate countries or ports through whose waters the Vessel must 52
pass. Without prejudice to the generality of the foregoing, in addition the following are specifically 53
~~excluded: livestock of any description, arms, ammunition, explosives, nuclear and radioactive materials,~~ 54
<u>see clauses 51 and 52</u> 55

(b) If IMO-classified cargo is agreed to be carried, the amount of such cargo shall be limited to 65
.............................. tons and the Charterers shall provide the Master with any evidence he may 66
reasonably require to show that the cargo is packaged, labelled, loaded and stowed in accordance with IMO 67
regulations, failing which the Master is entitled to refuse such cargo or, if already loaded, to unload it at 68
the Charterers' risk and expense 69

5    Trading Limits                                                                        70

The Vessel shall be employed in such lawful trades between safe ports and safe places     71
within IWL, always afloat however see Cl. 12, line 182, always accessible, always         72
via safe port(s), safe berth(s) — however Charterers have the right to breach IWL         73
excluding paying extra insurance on hull and machinery. However, in no case shall insurance  74
premium exceed the rates quoted on the London market. Charterers to have the option       75
to obtain competitive rates, excluding — See Cl. 49     as the Charterers shall direct.   76

6    Owners to Provide                                                                    77
     fresh water, drinking water, lubricating oil
The Owners shall provide and pay for the insurance of the Vessel, except as otherwise provided, and for   78
all provisions, cabin, deck, engine-room and other necessary stores, including boiler water; shall pay for   79
wages, consular shipping and discharging fees of the crew and charges for port services pertaining to the   80
holds
crew; shall maintain the Vessel's class and keep her in a thoroughly efficient state in hull, machinery and   81
equipment for and during the service, and have a full complement of officers and crew.    82

7    Charterers to Provide                                                                83

The Charterers, while the Vessel is on hire, shall provide and pay for all the bunkers except as otherwise   84
agreed; shall pay for port charges (including compulsory watchmen and cargo watchmen and compulsory   85
compulsory
garbage disposal), all communication expenses pertaining to the Charterers' business at cost] pilotages,   86
towages, agencies, commissions, consular charges (except those pertaining to individual crew members   87
or flag of the Vessel), and all other usual expenses except those stated in Clause 6, but when the Vessel   88
puts into a port for causes for which the Vessel is responsible (other than by stress of weather), then all   89
such charges incurred shall be paid by the Owners. Fumigations ordered because of illness of the crew   90
shall be for the Owners' account. Fumigations ordered because of cargoes carried or ports visited while   91
the Vessel is employed under this Charter Party shall be for the Charterers' account. All other fumigations   92
shall be for the Charterers' account after the Vessel has been on charter for a continuous period of six   93
months or more. See also Cl. 58.                                                          94

The Charterers shall provide and pay for necessary dunnage and also any extra fittings requisite for a   95
and other equipment
special trade or unusual cargo, but the Owners shall allow them the use of any dunnage already aboard   96
if requested by the Owners
the Vessel. Prior to redelivery the Charterers shall remove their dunnage and fittings at their cost and in   97
their time  See also Cl. 71 and 74                                                        98

8.   Performance of Voyages                                                               99

(a) The Master shall perform the voyages with due despatch, and shall render all customary assistance   100
with the Vessel's crew. The Master shall be conversant with the English language and (although   101
appointed by the Owners) shall be under the orders and directions of the Charterers as regards   102
employment and agency: and the Charterers shall perform all cargo handling, including but not limited to   103
loading, stowing, trimming, lashing, securing, dunnaging, unlashing, discharging, and tallying, at their risk   104
and direction
and expense, under the supervision of the Master.                                         105

(b) If the Charterers shall have reasonable cause to be dissatisfied with the conduct of the Master or   106
officers, the Owners shall, on receiving particulars of the complaint, investigate the same, and if   107
necessary, make a change in the appointments                                              108

9.  **Bunkers**                                                                                      109
Same prices and about same quantities both ends. See Cl. 92
(a) ~~The Charterers on delivery, and the Owners on redelivery, shall take over and pay for all fuel and~~  110
diesel oil remaining on board the Vessel as hereunder. The Vessel ~~shall be delivered with:~~       111
.................. ........ ........................ long*/metric* tons of ~~fuel oil at the price of~~ ..... ........ ......... . per ton;   112
........ ....................... ....................tons of ~~diesel oil at the price of~~ ......... . . ........ ... per ton. The vessel shall   113
be redelivered with:........................ ........ tons of fuel oil at the price of .... ............. ...... ... ........ per ton;   114
.................. .. .. ..................., ~~tons of diesel oil at the price of~~ ...., ........ .............. ......... per ton.   115

* Same tons apply throughout this clause                                                             116

(b) The Charterers shall supply bunkers of a quality suitable for burning in the Vessel's engines and   117
auxiliaries and which conform to the specification(s) as set out in Appendix A.                      118

The Owners reserve their right to make a claim against the Charterers for any damage to the main engines   119
or the auxiliaries caused by the use of unsuitable fuels or fuels not complying with the agreed       120
specification(s). Additionally, if bunker fuels supplied do not conform with the mutually agreed      121
specification(s) or otherwise prove unsuitable for burning in the Vessel's engines or auxiliaries, the Owners   122
shall not be held responsible for any reduction in the Vessel's speed performance and/or increased bunker   123
consumption, nor for any time lost and any other consequences.                                       124

10. **Rate of Hire/Redelivery Areas and Notices**                                                    125

The Charterers shall pay for the use and hire of the said Vessel at the rate of $..23,750..daily..net..of   126
commission
U.S. currency, daily, or $......................... ..... .. ~~U.S. currency per ton on the Vessel's total deadweight~~   127
~~carrying capacity, including bunkers and stores, on~~ ........................... ~~summer freeboard, per 30 days,~~   128
commencing on and from the day of her delivery, as aforesaid, and at and after the same rate for any part   129
[day] of ~~a month~~; hire shall continue until the hour of the day of her redelivery in like good order and condition,   130
ordinary wear and tear excepted, to the Owners (unless Vessel lost) at dlosp one safe port or   131
passing Aden/Japan Range incl. Islands (eg Indonesia/Philippines/Malaysia/Taiwan etc)   132
and PG or Australia/New Zealand Range or Boston/Bahia Blanca Range including Cent-   133
ral America and Caribbean Island or Beira/Cape Town Range or Skaw/Full Med Range   134
~~unless otherwise mutually agreed.~~
including UK, Ireland, Scandinavia, port in Charterers' option, atdnshinc

The Charterers shall give the Owners not less than 30/15/10/5/3/2/1 days notice of the Vessel's      135
expected date and probable port of redelivery.                                                       136

For the purpose of hire calculations, the times of delivery, redelivery or termination of charter shall be   137
adjusted to GMT.                                                                                     138

11. **Hire Payment**                                                                                 139

(a) *Payment*                                                                                        140
                to Owners' nominated bank
Payment of Hire shall be made so as to be received by the Owners or their designated payee in        141
... .............. ... ............ ............... ......., ............ ... , viz . ....... ........ ............. ............... .. ... .... ............. . .   142
..............,.,,,, ..................... ........... ........... .......... .............................. ............ ............. ....... .... ... ..... ...   143
..... ... .......... ............ ............................ .................,............., ..,, ............ ........... ............... ...... ......   144
........ .... ... ..........,.... ............................ ................................. ............. .....,.. ............ . ..... ....... in   145

~~currency~~, or in United States Currency, ~~in funds available to the~~ 146
Owners on the due date, 15 days in advance, and for the last month or part of ~~same the~~ approximate 147
amount of hire, and should same not cover the actual time, hire ~~shall be paid~~ for the balance day by day 148
as it becomes due, if so required by the Owners. ~~Failing~~ the punctual and regular payment of the hire, 149
or on any fundamental breach ~~whatsoever~~ of this Charter Party, the Owners shall be at liberty to 150
withdraw the Vessel from the service of the Charterers without prejudice to any claims they (the Owners) 151
~~may otherwise have on the Charterers~~.  See Clause 60. 152

~~At any time after the expiry of the grace period provided in Sub-clause 11 (b) hereunder and while the~~ 153
hire is outstanding, the Owners shall, without prejudice to the liberty to withdraw, be entitled to withhold 154
the performance of any and all of their obligations hereunder ~~and shall~~ have no responsibility whatsoever 155
for any consequences thereof, in respect of which the Charterers hereby indemnify the Owners, and hire 156
shall continue ~~to accrue~~ and any extra expenses resulting from such withholding shall be for the 157
~~Charterers' account~~. 158

(b)   *Grace Period*   See Clause 60 159

~~Where there is failure to make punctual and regular payment of hire due to oversight, negligence, errors~~ 160
or omissions on the part of the Charterers or their bankers, the Charterers ~~shall be given~~ by the Owners 161
............ clear banking days (as recognized at the agreed place of payment) written notice to rectify the 162
failure, and when so rectified within those ............ days following the Owners' notice, the payment shall 163
~~stand as regular and punctual~~ 164

~~Failure by the Charterers to pay the hire within ............ days of their receiving the Owners' notice as~~ 165
~~provided herein, shall entitle the Owners to withdraw as set forth in Sub-clause 11 (a) above~~. 166

(c)   *Last Hire Payment*   See Clause 61 167

~~Should the Vessel be on her voyage towards port of redelivery at the time the last and/or the penultimate~~ 168
payment of hire is/are due, said payment(s) is/are to be made for such length of time as the Owners and 169
the Charterers may agree upon as being the estimated time necessary to complete the voyage, and taking 170
into account bunkers actually on board, to be taken over by the Owners and estimated disbursements for 171
the Owners' account before redelivery. Should same not cover the actual time, hire is to be paid for the 172
balance, day by day, as it becomes due. When the Vessel has been redelivered, any difference is to be 173
~~refunded by the Owners or paid by the Charterers, as the case may be~~. 174

(d)   *Cash Advances* 175

Cash for the Vessel's ordinary disbursements at any port may be advanced by the Charterers, as required 176
by the Owners, subject to 2½ percent commission and such advances shall be deducted from the hire. 177
The Charterers, however, shall in no way be responsible for the application of such advances. 178

12.   *Berths* 179

The Vessel shall be loaded and discharged in any safe dock or at any safe berth or safe place that 180
Charterers or their agents may direct, provided the Vessel can safely enter, lie and depart always afloat 181
at any time of tide, except at such places where it is customary for similar size 182
vessels to safely lie aground.

13. **Spaces Available**                                                                                      183

(a) The whole reach of the Vessel's holds, decks, and other cargo spaces (not more than she can            184
reasonably and safely stow and carry), also accommodations for supercargo, if carried, shall be at the    185
Charterers' disposal, reserving only proper and sufficient space for the Vessel's officers, crew, tackle, 186
apparel, furniture, provisions, stores and fuel.                                                          187

(b) In the event of deck cargo being carried, the Owners are to be and are hereby indemnified by the      188
Charterers for any loss and/or damage and/or liability of whatsoever nature caused to the Vessel as a     189
result of the carriage of deck cargo and which would not have arisen had deck cargo not been loaded       190

The amount of deck cargo and the method of stowing and securing shall be determined in accordance with prevailing international regulations and always to the satisfaction of local authorities and the Master. Deck Cargo to be at Charterers' expense including lashing and securing. Charterers to have the right to use any lashing materials on board vessel, free of expense to Charterers, but Charterers to replace damaged and/or lost material. Deck cargo to be carried at Charterers' risk and expense.

14. **Supercargo and Meals**

The Charterers are entitled to appoint a supercargo, who shall accompany the Vessel at the Charterers'    192
risk and see that voyages are performed with due despatch. He is to be furnished with free               193
accommodation and same fare as provided for the Master's table, the Charterers paying at the rate of     194
US$20.00........ per day The Owners shall victual pilots and customs officers, and also, when            195
authorized by the Charterers or their agents, shall victual tally clerks, stevedore's foreman, etc.,     196
Charterers paying at the rate of US$1500 per month/pro rata for all such victualling, entertainment      197
and all cable/communication charges to Owners.

15. **Sailing Orders and Logs**                                                                               198

The Charterers shall furnish the Master from time to time with all requisite instructions and sailing     199
directions, in writing, in the English language, and the Master shall keep full and correct deck and engine 200
logs of the voyage or voyages, which are to be patent to the Charterers or their agents, and furnish the   201
Charterers, their agents or supercargo, when required, with a true copy of such deck and engine logs,     202
showing the course of the Vessel, distance run and the consumption of bunkers. Any log extracts           203
required by the Charterers shall be in the English language. See Clause 54                                204

16. **Delivery/Cancelling**                                                                                   205

If required by the Charterers, time shall not commence before ..16th January, 2004 and should the         206
Vessel not be ready for delivery on or before..25th January,..2004.... but not later than ...... hours,   207
the Charterers shall have the option of cancelling this Charter Party                                     208

**Extension of Cancelling**                                                                                   209

~~If the Owners warrant that, despite the exercise of due diligence by them, the Vessel will not be ready~~ 210
for delivery by the cancelling date, and provided the Owners are able to state with reasonable certainty  211
the date on which the Vessel will be ready, they may, at the earliest seven days before the Vessel is     212
expected to sail for the port or place of delivery, require the Charterers to declare whether or not they will 213
cancel the Charter Party. Should the Charterers elect not to cancel, or should they fail to reply within two 214
days or by the cancelling date, whichever shall first occur, then the seventh day after the expected date  215
of readiness for delivery as notified by the Owners shall replace the original cancelling date. Should the 216
Vessel be further delayed, the Owners shall be entitled to require further declarations of the Charterers 217
~~in accordance with this Clause~~                                                                            218

17. **Off Hire** 219

In the event of loss of time from    ficiency and/or default and/or strike of officers or crew, or deficiency of stores, fire, breakdown of, or damages to hull, machinery or equipment, grounding, detention by the arrest of the Vessel, (unless such arrest is caused by events for which the Charterers, their servants, agents or subcontractors are responsible), or detention by average accidents to the Vessel or cargo unless resulting from inherent vice, quality or defect of the cargo, drydocking for the purpose of examination or painting bottom, or by any other similar cause preventing the full working of the Vessel, the payment of hire and overtime, if any, shall cease for the time thereby lost. Should the Vessel deviate or put back during a voyage, contrary to the orders or directions of the Charterers, for any reason other than accident to the cargo or where permitted in lines 257 to 258 hereunder, the hire is to be suspended from the time of her deviating or putting back until she is again in the same or equidistant position from the destination and the voyage resumed therefrom. All bunkers used by the Vessel while off hire shall be for the Owners' account. In the event of the Vessel being driven into port or to anchorage through stress of weather, trading to shallow harbors or to rivers or ports with bars, any detention of the Vessel and/or expenses resulting from such detention shall be for the Charterers' account. If upon the voyage the speed be reduced by defect in, or breakdown of, any part of her hull, machinery or equipment, the time so lost, and the cost of any extra bunkers consumed in consequence thereof, and all extra proven expenses may be deducted from the hire. 220–236

18. **Sublet** 237

Unless otherwise agreed, the Charterers shall have the liberty to sublet the Vessel for all or any part of the time covered by this Charter Party, but the Charterers remain responsible for the fulfillment of this Charter Party. 238–240

19  **Drydocking** 241

The Vessel was last drydocked ............................................................................................ 242

*(a) The Owners shall have the option to place the Vessel in drydock during the currency of this Charter at a convenient time and place, to be mutually agreed upon between the Owners and the Charterers, for bottom cleaning and painting and/or repair as required by class or dictated by circumstances. 243–245
Owners' intention to drydock in China November/December, 2004
*(b) ~~Except in case of emergency no drydocking shall take place during the currency of this Charter Party~~ 246–247

* Delete as appropriate 248

20  **Total Loss** 249

Should the Vessel be lost, money paid in advance and not earned (reckoning from the date of loss or being last heard of) shall be returned to the Charterers at once. 250–251

21. **Exceptions** 252

The act of God, enemies, fire, restraint of princes, rulers and people, and all dangers and accidents of the seas, rivers, machinery, boilers, and navigation, and errors of navigation throughout this Charter, always mutually excepted. 253–255

22.  **Liberties**                                                                                    256

The Vessel shall have the liberty to sail with or without pilots, to tow and to be towed, to assist vessels   257
in distress, and to deviate for the purpose of saving life and property.                              258

23.  **Liens**                                                                                        259

The Owners shall have a lien upon all cargoes and all sub-freights and/or sub-hire for any amounts due   260
under this Charter Party, including general average contributions, and the Charterers shall have a lien on   261
the Vessel for all monies paid in advance and not earned, and any overpaid hire or excess deposit to be   262
returned at once                                                                                       263

The Charterers will not directly or indirectly suffer, nor permit to be continued, any lien or encumbrance,   264
which might have priority over the title and interest of the Owners in the Vessel.  The Charterers    265
undertake that during the period of this Charter Party, they will not procure any supplies or necessaries   266
or services, including any port expenses and bunkers, on the credit of the Owners or in the Owners' time.   267

24.  **Salvage**                                                                                      268

All derelicts and salvage shall be for the Owners' and the Charterers' equal benefit after deducting   269
Owners' and Charterers' expenses and crew's proportion.                                               270

25.  **General Average**                                                                              271

General average shall be adjusted *stated and settled* according to York-Antwerp Rules 1974, as amended 1990, or any   272
subsequent modification thereof, in ..the..United..Kingdom.... and settled in ..United..States........   273
currency.                                                                                             274

The Charterers shall procure that all bills of lading issued during the currency of the Charter Party will   275
contain a provision to the effect that general average shall be adjusted according to York-Antwerp Rules   276
1974, as amended 1990, or any subsequent modification thereof and will include the "New Jason   277
Clause" as per Clause 31.                                                                             278

Time charter hire shall not contribute to general average.                                             279

26.  **Navigation**                                                                                   280

Nothing herein stated is to be construed as a demise of the Vessel to the Time Charterers.  The Owners   281
shall remain responsible for the navigation of the Vessel, acts of pilots and tug boats, insurance, crew,   282
and all handling of cargo claims on behalf of Owners and Charterers
and all other matters, same as when trading for their own account                                     283

27.  **Cargo Claims**                                                                                 284

Cargo claims as between the Owners and the Charterers shall be settled in accordance with the Inter-Club   285
New York Produce Exchange Agreement of February 1970, as amended May, 1984, or any subsequent   286
modification or replacement thereof.                                                                  287

28.  Cargo Gear and Lights                                                                                        288

The Owners shall maintain the cargo handling gear of the Vessel which is as follows: ......  .....  ...........    289
...  ..........  ...  .....  .  ...  ....  ..  .  ..  ............  ....  ....  .......................  ....  ....  ....  ....       290
..  ...........  ..  .  .......  ...  ....      ...  ...  ..  ....  ..  ..  ........................  .......  ..........  ..........  ........  ......  ....       291
.  ........  ........................  ...  .  .  .  .  ...  .........................  .............  ..........  ........  ...........................  ......       292
providing gear (for all ~~derricks or~~ cranes) capable of lifting capacity as described. The Owners shall also   293
                                    sufficient light
provide on the Vessel ~~for night work lights as on~~ board, ~~but all additional lights over those on board shall~~   294
~~be at the Charterers' expense~~. The Charterers shall have the use of any gear on board the Vessel. If           295
required by the Charterers, the Vessel shall work night and day and all cargo handling gear shall be at the       296
Charterers' disposal during loading and discharging. In the event of disabled cargo handling gear, or              297
insufficient power to operate the same, the Vessel is to be considered to be off hire to the extent that           298
time is actually lost to the Charterers and the Owners to pay stevedore stand-by charges occasioned                299
thereby, unless such disablement or insufficiency of power is caused by the Charterers' stevedores. If            300
required by the Charterers, the Owners shall bear the cost of hiring shore gear in lieu thereof, in which         301
case the Vessel shall remain on hire.                                                                             302

29.  Crew Overtime                                                                                                303

~~In lieu of any overtime payments to officers and crew for work ordered by the Charterers or their agents,~~     304
~~the Charterers shall pay the Owners, concurrently with the hire ..... ..... ...................... .............. per month~~   305
~~or pro rata.~~                                                                                                   306

30.  Bills of Lading                                                                                              307

(a) The Master shall sign the bills of lading or waybills for cargo as presented in conformity with mates         308
or tally clerk's receipts. However, the Charterers may sign bills of lading or waybills on behalf of the          309
Master, with the Owner's prior written authority, always in conformity with mates or tally clerk's receipts.      310

(b) All bills of lading or waybills shall be without prejudice to this Charter Party and the Charterers shall     311
indemnify the Owners against all consequences or liabilities which may arise from any inconsistency               312
between this Charter Party and any bills of lading or waybills signed by the Charterers or by the Master          313
at their request                                                                                                  314

(c) Bills of lading covering deck cargo shall be claused: "Shipped on deck at Charterers', Shippers' and          315
Receivers' risk, expense and responsibility, without liability on the part of the Vessel, or her Owners for       316
any loss, damage, expense or delay howsoever caused."                                                             317

31.  Protective Clauses                                                                                           318

This Charter Party is subject to the following clauses all of which are also to be included in all bills of       319
lading or waybills issued hereunder:  See Clause 75                                                               320

(a)    CLAUSE PARAMOUNT                                                                                           321
"This bill of lading shall have effect subject to the provisions of the Carriage of Goods by Sea Act of the       322
United States, the Hague Rules, or the Hague-Visby Rules, as applicable, or such other similar national           323
legislation as may mandatorily apply by virtue of origin or destination of the bills of lading, which shall       324
be deemed to be incorporated herein and nothing herein contained shall be deemed a surrender by the               325

20-APR-2006 10:52 From:OBC LONDON           02075630999           To:9004755389801         P.11/17

carrier of any of its rights or immunities or an increase of any of its responsibilities or liabilities under said applicable Act. If any term of this bill of lading be repugnant to said applicable Act to any extent, such term shall be void to that extent, but no further." 326 327 328

and 329

(b)     BOTH-TO-BLAME COLLISION CLAUSE 330

"If the ship comes into collision with another ship as a result of the negligence of the other ship and any act, neglect or default of the master, mariner, pilot or the servants of the carrier in the navigation or in the management of the ship, the owners of the goods carried hereunder will indemnify the carrier against all loss or liability to the other or non-carrying ship or her owners insofar as such loss or liability represents loss of, or damage to, or any claim whatsoever of the owners of said goods, paid or payable by the other or non-carrying ship or her owners to the owners of said goods and set off, recouped or recovered by the other or non-carrying ship or her owners as part of their claim against the carrying ship or carrier 331 332 333 334 335 336 337

The foregoing provisions shall also apply where the owners, operators or those in charge of any ships or objects other than, or in addition to, the colliding ships or objects are at fault in respect to a collision or contact." 338 339 340

and 341

(c)     NEW JASON CLAUSE 342

"In the event of accident, danger, damage or disaster before or after the commencement of the voyage resulting from any cause whatsoever, whether due to negligence or not, for which, or for the consequences of which, the carrier is not responsible, by statute, contract, or otherwise, the goods, shippers, consignees, or owners of the goods shall contribute with the carrier in general average to the payment of any sacrifices, losses, or expenses of a general average nature that may be made or incurred, and shall pay salvage and special charges incurred in respect of the goods. 343 344 345 346 347 348

If a salving ship is owned or operated by the carrier, salvage shall be paid for as fully as if salving ship or ships belonged to strangers. Such deposit as the carrier or his agents may deem sufficient to cover the estimated contribution of the goods and any salvage and special charges thereon shall, if required, be made by the goods, shippers, consignees or owners of the goods to the carrier before delivery." 349 350 351 352

and 353

(d)     U S. TRADE - DRUG CLAUSE 354

"In pursuance of the provisions of the U.S. Anti Drug Abuse Act 1986 or any re-enactment thereof, the Charterers warrant to exercise the highest degree of care and diligence in preventing unmanifested narcotic drugs and marijuana to be loaded or concealed on board the Vessel. 355 356 357

Non-compliance with the provisions of this clause shall amount to breach of warranty for consequences of which the Charterers shall be liable and shall hold the Owners, the Master and the crew of the Vessel harmless and shall keep them indemnified against all claims whatsoever which may arise and be made against them individually or jointly Furthermore, all time lost and all expenses incurred, including fines, as a result of the Charterers' breach of the provisions of this clause shall be for the Charterer's account and the Vessel shall remain on hire. 358 359 360 361 362 363

Should the Vessel be arrested as a result of the Charterers' non-compliance with the provisions of this 364
clause, the Charterers shall at their expense take all reasonable steps to secure that within a reasonable 365
time the Vessel is released and at their expense put up the bails to secure release of the Vessel 366

The Owners shall remain responsible for all time lost and all expenses incurred, including fines, in the 367
event that unmanifested narcotic drugs and marijuana are found in the possession or effects of the 368
Vessel's personnel." 369

and 370

(e)    WAR CLAUSES  See Clauses 75 and 78 371
"(i) No contraband of war shall be shipped. The Vessel shall not be required, without the consent of the 372
Owners, which shall not be unreasonably withheld, to enter any port or zone which is involved in a state 373
of war, warlike operations, or hostilities, civil strife, insurrection or piracy whether there be a declaration 374
of war or not, where the Vessel, cargo or crew might reasonably be expected to be subject to capture, 375
seizure or arrest or to a hostile act by a belligerent power (the term "power" meaning any de jure or de 376
facto authority or any purported governmental organisation maintaining naval, military or air forces), 377

(ii) If such consent is given by the Owners, the Charterers will pay the provable additional cost of insuring 378
the Vessel against hull war risks in an amount equal to the value under her ordinary hull policy but not 379
exceeding a valuation of ........................................... In addition, the Owners may purchase and the 380
Charterers will pay for war risk insurance on ancillary risks such as loss of hire, freight disbursements, 381
total loss, blocking and trapping, etc  If such insurance is not obtainable commercially or through a 382
government program, the Vessel shall not be required to enter or remain at any such port or zone 383

(iii) In the event of the existence of the conditions described in (i) subsequent to the date of this Charter, 384
or while the Vessel is on hire under this Charter, the Charterers shall, in respect of voyages to any such 385
port or zone assume the provable additional cost of wages and insurance properly incurred in connection 386
with master, officers and crew as a consequence of such war, warlike operations or hostilities. 387

(iv) Any war bonus to officers and crew due to the Vessel's trading or cargo carried shall be for the 388
Charterers' account "   See Cl 23 389

32.    War Cancellation 390

In the event of the outbreak of war (whether there be a declaration of war or not) between any two or 391
more of the following countries: ..The..United..States..of..America,..The..United..Kingdom,..France 392
Germany,..Russia,..Norway,..Australia,..The..People's..Republic..of..China,..Denmark..and.. 393
vessel's..flag..state.............................................................................. 394
.............................................................................................................. 395
either the Owners or the Charterers may cancel this Charter Party. Whereupon, the Charterers shall 396
redeliver the Vessel to the Owners in accordance with Clause 10; if she has cargo on board, after 397
discharge thereof at destination close of that port, or, if debarred under this Clause from reaching or entering it, at a near 398
open and safe port as directed by the Owners; or, if she has no cargo on board, at the port at which she safe anchorage 399
then is; or, if at sea, at a near open and safe port as directed by the Owners. In all cases hire shall 400
continue to be paid in accordance with Clause 11 and except as aforesaid all other provisions of this 401
Charter Party shall apply until redelivery 402

### 33. Ice 403

The Vessel shall not be required to enter or remain in any icebound port or area, nor any port or area 404
where lights or lightships have been or are about to be withdrawn by reason of ice, nor where there is 405
risk that in the ordinary course of things the Vessel will not be able on account of ice to safely enter and 406
remain in the port or area or to get out after having completed loading or discharging. Subject to the 407
Owners' prior approval the Vessel is to follow ice-breakers when reasonably required with regard to her 408
size, construction and ice class. 409

### 34. Requisition 410

Should the Vessel be requisitioned by the government of the Vessel's flag during the period of this Charter 411
Party, the Vessel shall be deemed to be off hire during the period of such requisition, and any hire paid 412
by the said government in respect of such requisition period shall be retained by the Owners. The period 413
during which the Vessel is on requisition to the said government shall count as part of the period provided 414
for in this Charter Party 415

If the period of requisition exceeds . . . . . . . . . . . . . . . . . . . . . . . . months, either party shall have the option 416
of cancelling this Charter Party and no consequential claim may be made by either party 417

### 35. Stevedore Damage 418

Notwithstanding anything contained herein to the contrary, the Charterers shall pay for any and all 419
damage to the Vessel caused by stevedores provided the Master has notified the Charterers and/or their 420
agents in writing as soon as practical but not later than 48 hours after any damage is discovered. Such 421
notice to specify the damage in detail and to invite Charterers to appoint a surveyor to assess the extent 422
of such damage. 423

(a) In case of any and all damage(s) affecting the Vessel's seaworthiness and/or the safety of the crew 424
and/or affecting the trading capabilities of the Vessel, the Charterers shall immediately arrange for repairs 425
of such damage(s) at their expense and the Vessel is to remain on hire until such repairs are completed 426
and if required passed by the Vessel's classification society. 427

(b) Any and all damage(s) not described under point (a) above shall be repaired at the Charterers' option, 428
before or after redelivery concurrently with the Owners' work In such case no hire and/or expenses will 429
be paid to the Owners except and insofar as the time and/or the expenses required for the repairs for 430
which the Charterers are responsible, exceed the time and/or expenses necessary to carry out the 431
Owners' work 432

### 36. Cleaning of Holds 433

~~The Charterers shall provide and pay extra for sweeping and/or washing and/or cleaning of holds between~~ 434
~~voyages and/or between cargoes provided such work can be undertaken by the crew and is permitted by~~ 435
~~local regulations, at the rate of . . . . . . . . . . . . . . . . . . . . . . , per hold.~~ 436

~~In connection with any such operation, the Owners shall not be responsible if the Vessel's holds are not~~ 437
~~accepted or passed by the port or any other authority.~~ The Charterers shall have the option to re-deliver 438
the Vessel with unclean/unswept holds against a lumpsum payment of US$5,000 in lieu of cleaning 439
except dunnage disposal in the USA and Canadian ports. See Cl 73

37. Taxes                                                                                           440

Charterers to pay all local, State, National taxes and/or dues assessed on the Vessel or the Owners  441
resulting from the Charterers' orders herein, whether assessed during or after the currency of this Charter  442
Party including any taxes and/or dues on cargo and/or freights and/or sub-freights and/or hire (excluding  443
taxes levied by the country of the flag of the Vessel or the Owners).                              444

38. Charterers' Colors                                                                              445

The Charterers shall have the privilege of flying their own house flag ~~and painting the Vessel with their~~  446
~~own markings. The Vessel shall be repainted in the Owners' colors before termination of the Charter~~  447
~~Party. Cost and time of painting, maintaining and repainting those changes effected by the Charterers~~  448
~~shall be for the Charterers' account.~~                                                           449

39. Laid Up Returns     See also Clause 80                                                          450

The Charterers shall have the benefit of any return insurance premium receivable by the Owners from their  451
underwriters as and when received from underwriters by reason of the Vessel being in port for a minimum  452
period of 30 days if on full hire for this period or pro rata for the time actually on hire.       453

40. Documentation                                                                                   454

The Owners shall provide any documentation relating to the Vessel that may be required to permit the  455
Vessel to trade within the agreed trade limits, including, but not limited to certificates of financial  456
responsibility for oil pollution, provided such oil pollution certificates are obtainable from the Owners'  457
P & I club, valid international tonnage certificate, Suez and Panama tonnage certificates, valid certificate  458
of registry and certificates relating to the strength and/or serviceability of the Vessel's gear.  459

41. Stowaways                                                                                       460

(a)     (i) The Charterers warrant to exercise due care and diligence in preventing stowaways in gaining  461
        access to the Vessel by means of secreting away in the goods and/or containers shipped by the  462
        Charterers.                                                                                 463

        (ii) If, despite the exercise of due care and diligence by the Charterers, stowaways have gained  464
        access to the Vessel by means of secreting away in the goods and/or containers shipped by the  465
        Charterers, this shall amount to breach of charter for the consequences of which the Charterers  466
        shall be liable and shall hold the Owners harmless and shall keep them indemnified against all  467
        claims whatsoever which may arise and be made against them. Furthermore, all time lost and all  468
        expenses whatsoever and howsoever incurred, including fines, shall be for the Charterers' account  469
        and the Vessel shall remain on hire                                                         470

        (iii) Should the Vessel be arrested as a result of the Charterers' breach of charter according to  471
        sub-clause (a)(ii) above, the Charterers shall take all reasonable steps to secure that, within a  472
        reasonable time, the Vessel is released and at their expense put up bail to secure release of the  473
        Vessel.                                                                                     474