# Exhibit 2

LUCASTA/WBC                                                                                           Page 1 of 1

### Sbraga, Alessio

| | |
|---|---|
| From: | Harish at OBC [harish@oceanbulk.co.uk] |
| Sent: | 07 November 2005 12:09 |
| To: | Howard Bridge |
| Cc: | Operations |
| Subject: | LUCASTA/WBC |

Peter/Harish

45th hire due 07 11 05

Kindly request chrtrs to confirm hire remittance of USD 358,110 00 covering the period 07 11 05/23.11 05

Regards

Harish Chikhlia
www oceanbulk co uk
Ocean Bulk Carriers Limited
Tel: 020 7563 0995
Fax: 020 7563 0999
E-Mail: Harish@oceanbulk co uk

--
This message has been scanned for viruses and
dangerous content by Swift Internet, and is
believed to be clean

22/02/2006

# Exhibit 3



Owners M/V LUCASTA
c/o Howard Bridge and Associated Ltd.
Suite 7B
The London Fruit Exchange
Brushfield Street
London E1 6EP
UNITED KINGDOM

Oslo     07.11.05

**HIRE STATEMENT NO. 46**
**MV LUCASTA / WBC**
**CP 12.01.04**           (LUTA)

| | | | | |
|---|---|---|---|---|
| T/C hire 07.11.05 10 00 - 22.11.05 10 00 GMT = 15.0000 days at USD | | | 23 824 | 357.360,00 |
| Claim due to time lost re wet cement: | | | | |
| 19.10.05 21 00 - 07.11.05 10 00 GMT = -18,5417 days at USD | | | 23 824 | (441.736,67) |
| | | 15,0000 | | |
| Cables vict etc | 1.500 per/mth | | | 750,00 |
| Balance due Charterers (WBC) | | | | (83.626,67) |

**Please remit to:**
Bank:   Nordea Bank Norge ASA
        P O Box 1166 Sentrum
        0107 Oslo, Norway
Swift:  NDEANOKK
IBAN No: NO98 6006 04 43532
Favour of Western Bulk Carriers KS, Oslo, Norway
Ref.:   MV LUCASTA / WBC CP 12 01 04 / HS 46

for WESTERN BULK CARRIERS K/S

Anne Kalland

If we do not receive any reply from Owners
we reserve our rights to effect payment according
to this statement

# Exhibit 4

## Tore Mildestvedt

**Fra:** Tore Mildestvedt
**Sendt:** 9. november 2005 13:08
**Til:** 'peter.chard@gard.no'
**Emne:** VS: MV Lucasta - Western Bulk Charter Party 12.01.2004

Dear Peter -

for your guidance. Howard Bridge are the brokers.

Kind regards
Tore Mildestvedt

-----Opprinnelig melding-----
**Fra:** fIX at OBC [mailto:fix@oceanbulk.co.uk]
**Sendt:** 9. november 2005 13:00
**Til:** Howard Bridge
**Emne:** MV Lucasta - Western Bulk Charter Party 12.01.2004

Howard - Peter/Jesper


Please kindly pass to Charterers


We refer to your message dated 8th November 2005 and to the hire statement no.46 dated 7th November 2005.

We deny that you are entitled to place the vessel off-hire for the period of 19th October until 7th November, as alleged. Further, we deny that any of the delays were caused by any action or breach on our part. The simple matter is that the vessel was doing as required persuant to your orders. We demand that hire is paid in full and in conformity with the terms of the Charter Party, thus rectifying your current breach of Charter Party. Unless hire is paid and received in full by return, then we must reserve all our rights.

We will be instructing solicitors in London to act on our behalf and take steps, without further notice to your goodselves, in order to preserve those rights should payment not be made as required.

Insofar as the purported losses resulting from the alleged late presentation of the vessel - again, it is denied that any losses have been incurred. Indeed, your claims appear to be entirely speculative. We reserve our rights with regard to the apparent threat that you make regarding future hire payments.

We trust that in light of the above Owners will now reconsider their position and confirm that hire will be paid in accordance with Owners hire statement (and the governing cp). We look forward
to Charterers immediate confirmation by return.

Brgds


Jesper Lollesgaard
Ocean Bulk Carriers Limited, London
Phone +44 20 7563 0990
Fax +44 20 7563 0999
Email jesper@oceanbulk.co.uk & fix@oceanbulk.co.uk


---

This message has been scanned for viruses and
dangerous content by www.swiftinter.net, and is

09.11.2005