Judge McMahon

Holland & Knight, LLP
James H. Hohenstein (JH 3285)
Lissa D. Schaupp (LS 6300)
195 Broadway, 24th Floor
New York, NY 10007
(212) 513-3200
Telefax: (212) 385-9010
E-mail: jim.hohenstein@hklaw.com
       lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
Auckland Shipping Company, London

MAY 29 2007
CASHIERS

07 CV 4139

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AUCKLAND SHIPPING COMPANY,
LONDON,                                            :       07 Civ.            (   )

                              Plaintiff,    :       **RULE 7.1 CORPORATE
                                                           DISCLOSURE STATEMENT**

             - against -                              :

WESTERN BULK CARRIERS KS,                          :

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    I, James H. Hohenstein, attorney of record for Auckland Shipping Company, London ("Auckland"), having filed an initial pleading in the captioned action and pursuant to Federal Rule of Civil Procedure 7.1, state that Auckland has no parent corporation and no publicly held coproration owns any of its shares.

Dated: New York, New York
       May 29, 2007

                                  Respectfully submitted,
                                  Holland & Knight, LLP

                                  By _____
                                  James H. Hohenstein (JH 3285)
                                  Lissa D. Schaupp (LS 6300)
                                  195 Broadway, 24th Floor
                                  New York, NY 10007
                                  Tel.: (212) 513-3200
                                  E-mail: jim.hohenstein@hklaw.com
                                                lissa.schaupp@hklaw.com

                                  Attorneys for Plaintiff,
                                  Auckland Shipping Company, London

# 4540715_v1