UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

| | | |
|---|---|---|
| AUCKLAND SHIPPING COMPANY, LONDON, | : | 07 Civ.          ( ) |
| Plaintiff, | : | **ORDER APPOINTING PERSONS TO SERVE PROCESS** |
| - against - | : | |
| WESTERN BULK CARRIERS KS, | : | |
| Defendant. | : | |

------------------------------------------------x

Upon application of Plaintiff for an Order appointing Jerome Wills, Willis Vargas and/or Rudy Green, or any one of them to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the Garnishees herein, and it appearing that aforementioned individuals are qualified persons over 18 years of age, and are not a party or an attorney in this action, and that substantial savings in travel and fees will result from such appointment, it is hereby

ORDERED that Jerome Wills, Willis Vargas and/or Rudy Green, are each appointed to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the Garnishees herein.

Dated: New York, New York
      May 29, 2007

SO ORDERED:

_____
U.S.D.J.

Part I

# 4542358_v1