Holland & Knight, LLP
James H. Hohenstein (JH 3285)
Lissa D. Schaupp (LS 6300)
195 Broadway, 24th Floor
New York, NY 10007
(212) 513-3200
Telefax: (212) 385-9010
E-mail: jim.hohenstein@hklaw.com
         lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
Auckland Shipping Company, London

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

$(\text{J. Mc MAHON})$

| | |
|---|---|
| AUCKLAND SHIPPING COMPANY,<br>LONDON, | : 07 Civ. 4139 (CM) |
| | |
| Plaintiff, | : **AFFIDAVIT IN SUPPORT**<br>**OF ATTACHMENT** |
| | |
| - against - | : |
| | |
| WESTERN BULK CARRIERS KS, | : |
| | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STATE OF NEW YORK    )
                     :ss.:
COUNTY OF NEW YORK)

        James H. Hohenstein, being duly sworn, deposes and says:

        1.      I am a member of the firm of Holland & Knight, LLP, attorneys for plaintiff,

Auckland Shipping Company, London ("Auckland"), and I am duly admitted to practice before

the United States District Court for the Southern District of New York.

2.    I am familiar with the facts and circumstances underlying this dispute and I am submitting this affidavit in support of the Verified Complaint and the Writ of Attachment.

3.    Undersigned counsel is mindful of the due diligence requirements related to the inquiry of whether a particular defendant is "found" in this jurisdiction for the purpose of a Supplemental Rule B attachment.  Undersigned counsel is equally mindful that in order to be "found" there are two requirements, both of which must be satisfied:  first, the defendant must be capable of being served with process in the jurisdiction; and second, the defendant must have a presence here sufficient to support the exercise of *in personam* jurisdiction.  As to the second requirement, what must be established is that the defendant is engaged in a systematic and continuous course of doing business in the jurisdiction so as to warrant a finding that the defendant has a presence here.

4.    As will be seen below, the defendant has a duly appointed agent for the service of process in this jurisdiction.  However, our Firm's investigation as to the second prong of the requirement has found nothing at all to indicate that Western Bulk Carriers KS (the "Defendant") has a presence in this jurisdiction.  Thus, it is respectfully submitted that the Defendant is not "found" here for the purposes of Supplemental Rule B.

5.    Under my supervision, our office contacted the New York Secretary of State for the State of New York, and was advised that Western Bulk Carriers KS ("Defendant") is a foreign limited partnership authorized to do business in New York.

6.    According to the New York Secretary of State, Defendant has the following Registered Agent to accept process within this District:  "Patrick F. Lennon, C/O Tisdale & Lennon, LLC, 11 West 42nd Street Ste. 900, New York, New York, 10036."

2

7.    Upon personal knowledge, Tisdale & Lennon, LLC is a law office and Patrick F. Lennon is an attorney practicing maritime law in this jurisdiction.

8.    Therefore, as discussed above, Defendant is capable of being served with process in this jurisdiction. However, the second aspect of the inquiry must be addressed.

9.    Our office then conducted a search of the internet to locate Defendant's webpage. We located the website of the Western Bulk Group at http://www.westernbulk.no, which makes specific reference to Defendant as part of the Western Bulk Group. (Exhibit 1).

10.    Upon information and belief, the Defendant is a subsidiary and/or related entity of the Western Bulk Group. (*See id.*). Indeed, the Western Bulk Group website provides the following contact information for "Western Bulk Carriers AS & Western Bulk Carriers KS [Defendant]": Karenslyst alle 8b, P.O. Box 78 Skøyen, N-0212 Oslo, Norway." (*Id.*)

11.    The "Company Profile" on the Western Bulk Group website states that "[t]he Group has five commercial operating offices located in Oslo, Melbourne, Singapore, Santiago and Seattle, as well as Representative Offices in Perth, New Orleans, Houston and Conception Bay, Chile." (*Id*). According to the Western Bulk Group website, the head office of the Western Bulk Group is located in Oslo, Norway, and "[a]ll group activities are coordinated from Oslo, but the local operating offices have a great deal of autonomy in commercial and operation matters." (*Id.*).

12.    There is no address within this District or anywhere in New York State listed for Defendant or any Western Bulk entity on the Western Bulk Group website. (*See id.*).

13.    Dun & Bradstreet has no listing for Defendant, Western Bulk Carriers KS. (Exhibit 2). However, Dun & Bradstreet, does have a listing for Western Bulk Carriers AS, which reportedly is located at "11 West 42nd Street Ste 900, New York, NY, 100368002." (*Id.*).

3

14.    As discussed above, 11 West 42nd Street Suite 900, New York, NY, 10036-8002 is the address of Tisdale & Lennon LLC, the law firm, and Patrick F. Lennon, Defendant's Registered Agent.

15.    Upon information and belief, 11 West 42nd Street Suite 900, New York, NY, 10036-8002 is not the address of an actual place of business of Defendant, Western Bulk Carriers AS, or any Western Bulk Group entity.

16.    Our search of the Westlaw executive database indicates that there is no executive of Defendant or any Western Bulk Group entity located in the State of New York. (Exhibit 3).

17.    Defendant is not listed in the telephone directory of the principal metropolitan areas in this District.    Nor is Defendant listed in the Transportation Tickler, a recognized commercial directory of the maritime industry.

18.    Other commercial directories, such as *Yearbook of Scandinavian Shipowners and Ship Management Companies* (68th Edition), the *World Shipping Directory 2006-2007* of Lloyd's Register Fairplay, the Business Directory of the Norwegian American Chamber of Commerce, *Hoovers*, and business.com, do not provide any New York State address for the Defendant or any Western Bulk Group entity.

19.    In addition, the commercial credit reports provided at Lloyd's Marine Intelligence Unit website (at www.lloydsmiu.com) also do not indicate any New York State address for the Defendant or any Western Bulk Group entity. Lloyd's Marine Intelligence Unit website provides addresses for Western Bulk Group entities in Oslo, Norway, Tampa, Florida, Melbourne, Australia, and Cherry Hill, New Jersey, but none in this District or the State of New York.

20.     Based on the above, to the best of my information and belief Defendant cannot be found within this district or the State of New York.

21.     Based upon the facts set forth in the Verified Complaint, I respectfully submit that Defendant is in breach of its obligations under the charter party dated January 12, 2004. As best as can be presently determined, Auckland has sustained damages in the amount of $715,285.38, inclusive of interest, arbitration costs, and attorneys' fees.

22.     Upon information and belief Defendant has, or will have during the pendency of this action, property, goods, chattels or credits and effects within the District in the hands of garnishees including, but not limited to Bank of America, N.A., The Bank of New York, Citibank, N.A., Deutsche Bank Trust Company Americas, HSBC Bank USA, N.A., JPMorgan Chase Bank, N.A., UBS AG, Wachovia Bank, N.A., Société Générale, Standard Chartered Bank, BNP Paribas, Calyon Investment Bank, American Express Bank, Commerzbank, ABN Amro Bank, Bank Leumi USA, Fortis Financial Groups, Banco Popular, and Bank of Tokyo-Mitsubishi UFJ Ltd.

23.     Plaintiff is, therefore, requesting this Court, pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules for Civil Procedure, issue a Writ of Maritime Attachment for an amount up to $715,285.38.

WHEREFORE, Plaintiff respectfully requests that the application for a Writ of Maritime Attachment and Garnishment be granted.

James H. Hohenstein (JH 3285)

Sworn to before me this
29 th day of May 2007

Notary Public

# 4540775_v1

RUDY D. GREEN
Notary Public, State of New York
No. 02GR4952723
Qualified in Queens County
Certificate Filed in New York County
Commission Expires February 26, 2010

# Exhibit 1



Business Areas    Company Profile    Investor Relations    Press    Contact Us    Downloads



## Sitemap

**Business Areas**
Chartering
Operations
Projects & Financial Trading

**Company Profile**
Vision & Strategy
Board of Directors
Key Personnel
Offices
   Oslo
   Melbourne
   Seattle
   Singapore

**Investor Relations**
Key Figures
Corporate Governance

**Press**
Press Releases
Media Material

**Contact Us**
Oslo
Melbourne
Seattle
Singapore
Santiago

**Downloads**

**Login**

**Contact**

**Sitemap**

Western Bulk ASA, OSLO, Karenslyst alle 8b, P.O. Box 78 Skøyen, N-0212 Oslo, Norway
Office telephone: (+47) 23 13 34 00 , Telefax: (+47) 23 13 34 90,
Telex: 72138 wbulk n, Cable: WESTBULK OSLO, ComText: A43NN265
© Copyright 2004 Western Bulk ASA. All rights reserved.
Terms & Conditions of Use

 **Western Bulk**

## The Company

Western Bulk was established in 1982 and is currently one of the world's leading operators of Handymax dry bulk carriers in a worldwide trading pattern

Although the company's core focus is in the Handymax segment, the company also charter and operate Panamax and Handysize vessels on key industrial contracts in order to utilize its core operating strength.

Western Bulk was publicly traded on Oslo Stock Exchange 1993-2001 – but taken private in 2001. During Q1 2003, a comprehensive turnaround process was initiated to bring the company forward as a modern operator. Following a successful turnaround, the company is now in a position to leverage its significant market presence, its untraditional skill base and the recently established internal management- and control systems and procedures. In January of 2006, Kistefos one of the two majority owners, took full control of the company.

The Group has five commercial operating offices located in Oslo, Melbourne, Singapore, Santiago and Seattle, as well as Representative Offices in Perth, New Orleans, Houston and Conception Bay, Chile.

Western Bulk is operating a number of key trades where long-standing experience and specialization are the key success criteria. The Company transports among others steel parcels from Baltic and Black Sea to the US Gulf, fertilizer from US, Africa and Far East to Australia, coal from various areas to India, and iron ore from India to Far East, export products from Chile, and cement from the Far East to Atlantic harbours. Key commodities transported include lumber/logs, cement, sugar, steel products, salt, grain, coal, alumina, iron ore, etc.

10.05.2007
http://www.westbulk.com/?did=9067884


Close

# ≈ Western Bulk

## Head Office, Oslo, Norway

The Western Bulk Group's head office is located in Oslo - Norway, where it was incorporated in 1982. The Atlantic, Steel & Bulk and Tonnage portfolios are run from Oslo as well as most support functions and Business Development.

All Group activities are coordinated from Oslo, but the local operating offices have a great degree of autonomy in commercial and operational matters.

**Contact Details**

***Western Bulk Carriers AS & Western Bulk Carriers KS***
Karenslyst alle 8b
P.O. Box 78 Skøyen
N-0212 Oslo, Norway

Office telephone:  (+47) 2313 3400
Telefax: (+47) 2313 3490
Telex: 72138 wbulk n

Cable: WESTBULK OSLO
ComText: A43NN265

Website: http://www.westernbulk.com

COMMERCIAL
E-MAIL:  chartering@westernbulk.com

TONNAGE
E-MAIL: tonnage@westernbulk.como

POST-FIXTURE
E-MAIL:  operations@westernbulk.com
PHONE:  +47 2313 3400
FAX:  +47 2308 3788
TLX: 72138 WBULK N
COMTEXT:  A43NN265

STEEL
E-MAIL:  steel@westernbulk.com
PHONE: +47 2313 3400
FAX: +47 2313 3497
TLX: 72330 WBCST N
COMTEXT:  A43NN317

Other Sections
E-MAIL:  accounting@westernbulk.com
E-MAIL:  laytime@westernbulk.com
E-MAIL:  it@westernbulk.com

0.05.2007
http://www.westbulk.com/?did=9067903

ose



# Western Bulk, Melbourne - Australia

Western Bulk in Australia is the Group's longest established branch office outside Oslo [Norway] - ideally located in the Pacific region. The office allows customers in this fast growing economic zone to trade and communicate with Western Bulk rep's during their normal working hours.

The Melbourne office is responsible for the Group's *Autralia and Pacific* portfolio and covers a high variety of diversified customers and clients. The main task is to maintain the activity in the area and develop new business in line with Western Bulk's business strategies.

**Contact details:**

**Western Bulk Carriers (Australia) Pty.td.**
Building 2, Level 2, Riverside Quay, Southbank, Victoria 3006, Australia


Phone: + 61 (3) 9685 5000
Telefax: +61 (3) 9690 4333
Telex: 151188 vestbl aa

ComText e-mail:  A11AA548

E-mail addresses:
chartering.melbourne@westernbulk.com
operations.melbourne@westernbulk.com
accounting.melbourne@westernbulk.com
melbourne@westernbulk.com
perth@westernbulk.com


10.05.2007
http://www.westbulk.com/?did=9068033


Close

 **Western Bulk**

## Western Bulk, Seattle - United States of America

The Western Bulk Seattle office has been in operations for more than 10 years. It was started with the WB acquisition of Jebsen Bulk Pool in 1995.

Being geographically and strategically well placed in the busy Pacific Northwest, the Seattle office assure the day to day contact with numerous industries, cargo owners, trading houses and brokers in North America and Mexico. The Seattle office also looks after day to day operations of all Western Bulk vessels calling the West coast from Panama to the BC/Alaska and Hawaii.

Geographically - with the time differences to Europe, Australia and Far East - the Seattle office nicely compliment WB offices in Oslo, Singapore, Chile and Australia to enable a 24 hours accessibility to Western Bulk around the world.

**Contact details:**

**Western Bulk Seattle**
1001 Fourth Avenue
Suite 2323 Seattle
WA 98154,USA

Telephone: (1206) 292 0909
Telefax: (1206) 292 0904
Telex: 149036

Contact Chartering:
per.nore@westernbulk.com
Cell phone: +1 206 601 9851

Contact Operations:
oystein.boe@westernbulk.com
Cell phone: +1 206 601 9852

ohan.paulsen@westernbulk.com
Cell phone: +1 503 720 0029

Group Email: seattle@westernbulk.com

10.05.2007
http://www.westbulk.com/?did=9068039

Close

# ≋ Western Bulk

## Western Bulk, Singapore - Asia

Western Bulk's newly established office in Singapore is the Group's largest office outside Oslo [Norway] - and is responsible for the Group's overall activity in the Indian Ocean / South East Asia region. The office will ensure internationally competitive terms for Western Bulk's business activities.

Western Bulk Pte Ltd is incorporated in Singapore, and handles all of the Group's commercial activities in this region going forward. *Western Bulk Pte Ltd* is a wholly-owned subsidiary of *Western Bulk ASA*. The office is headed by Mr Egil Husby, and have both chartering, operations and support staff.

**Contact details:**

***Western Bulk Pte Ltd***
6 Battery Road, #38-01
Raffles Place
Singapore 049909

Telephone: +65-6622 0300
Fax:          +65-6622 0301

E-mail addresses:
chartering.singapore@westernbulk.com
operations.singapore@westernbulk.com

10.05.2007
http://www.westbulk.com/?did=9394407

Close

# Exhibit 2



**Decide with Confidence**



*Dun & Bradstreet*
*Company Reports*

## Company Search Results

▶ Log Off

You searched for | Company Name=western bulk, NATIONWIDE


Contact Us
Get LIVE Help!


▶ **Company Reports**

**Revise Search:**

Company Name: western bulk    City: [          ]    State: Nationwide [ ]    [ Search ]

Start a New Search


**Basic Marketing Lookups**

**Recommended D&B Reports**

Create a Shortcut to a Favorite Report
View Full List of D&B Reports
Create a Customized Report

| | |
|---|---|
| **Comprehensive Report**  Newly Enhanced!  The most complete content | [ Order Report ] |
| **Business Information Report**  The recognized standard for risk decisions | [ Order Report ] |




**U.S. Public Records Search**

**Choose a company from the list of 12 below:**

If the company you select is a branch location:                                    Save my preference

◉ Get Headquarters report instead    ○ Get Branch report    ○ Get both Headquarters and Branch reports

| Company Name / Address  (click below to order other D&B products for this business) | Location Type | Quick Buy  Comprehensive Report |
|---|---|---|
| ◉ **WESTERN BULK** Hanson, Dennis L and Patricia J  5736 Jeff Way, Carmichael, CA, 956081310 | Single | [ QUICK BUY ]  Comprehensive Report |
| ○ **WESTERN BAG & BULK CO**  1090 SW 390th Rd, Clinton, MO, 647359045 | Single | [ QUICK BUY ]  Comprehensive Report |
| ○ **WESTERN BULK SHIPPING ASA**  500 Poydras St, New Orleans, LA, 701303319 | Single | [ QUICK BUY ]  Comprehensive Report |
| ○ **WESTERN BULK CARRIERS**  14225 Poplar St, Hesperia, CA, 92345 | Single | [ QUICK BUY ]  Comprehensive Report |
| ✓ **WESTERN BULK CARRIERS AS**  11 W 42ND St Ste 900, New York, NY, 100368002 | Single | [ QUICK BUY ]  Comprehensive Report |
| ○ **WESTERN BULK TRANSPORTATI**  Lakeside, CA, 920402040 | Single | [ QUICK BUY ]  Comprehensive Report |
| ✓ **WESTERN BULK CARRIERS (SEATTLE) INC**  1001 4th Ave Ste 2323, Seattle, WA, 981541164 | Single | [ QUICK BUY ]  Comprehensive Report |
| ○ **WESTERN TRNPK DELI & BULK FOOD**  10105 Western Tpke, Delanson, NY, 120531803 | Single | [ QUICK BUY ]  Comprehensive Report |
| ✓ **WESTERN BULK CARRIERS INC**  1000 White Horse Rd Ste 402, Kirkwood, NJ, 080434410 | Single | [ QUICK BUY ]  Comprehensive Report |
| ○ **WESTERN BULK CARRIERS (USA) INC**  4830 W Kennedy Blvd Ste 250, Tampa, FL, 336092570 | Single | [ QUICK BUY ]  Comprehensive Report |
| ○ **WESTERN BULK TRANSPORT CO, INC**  1539 S Grade Rd, Alpine, CA, 919013038 | Single | [ QUICK BUY ]  Comprehensive Report |
| ○ **WESTERN BULK TRANSPORT CO INC**  10207 Vista Camino, Lakeside, CA, 92040 | Single | [ QUICK BUY ]  Comprehensive Report |


**Country Risk Services**


**zapdata**
*NEW!*

If the company you select is a branch location:                                    Save my preference

◉ Get Headquarters report instead    ○ Get Branch report    ○ Get both Headquarters and Branch reports



**Decide with Confidence**

# Business Information Report

To save report(s) to your PC, click here for instructions.

📄 Print this Report

Copyright 2007 Dun & Bradstreet - Provided under contract for the exclusive use of subscriber 264714398L

ATTN: **888040-00001/JH**                    Report Printed: MAY 10 2007

## BUSINESS SUMMARY

**WESTERN BULK CARRIERS AS**
**11 W 42nd St Ste 900**
**New York, NY 10036**

Now Included with this Report    **NEW!**

**D&B's Credit Limit Recommendation**
D&B's industry and risk-based limit guidance
▶ Learn More                    ▶ View Now

This is a **single** location.

| | | |
|---|---|---|
| **Telephone:** | UNKNOWN | |
| **Year started:** | 2005 | |
| **Employs:** | UNDETERMINED | |
| **SIC:** | 4213 | |
| **Line of business:** | Trucking operator-nonlocal | |

**D-U-N-S Number:** 60-657-3926

**D&B Rating:** DS

## SUMMARY ANALYSIS

**D&B Rating:DS**

The DS rating indicates that the information available does not permit D&B to classify the company within our rating key. For more information, see the D&B Rating Key.
A Summary Analysis is not available at this time.

## INVESTIGATIVE SERVICES

**\*\*\* Update available on request \*\*\***

**This information is being provided to you immediately in the interest of speed. This report may not reflect the current status of this business. D&B can investigate this business and update the information based on the results of that investigation.**

**By ordering a standard investigation the same day you order this report, an updated report will be provided to you at no extra cost.**

## CUSTOMER SERVICE

If you have questions about this report, please call our Customer Resource Center at 1.800.234.3867 from anywhere within the U.S. If you are outside the U.S. contact your local D&B office.

### *** Additional Decision Support Available ***

Additional D&B products, monitoring services and specialized investigations are available to help you evaluate this company or its industry. Call Dun & Bradstreet's Customer Resource Center at 1.800.234.3867 from anywhere within the U.S. or visit our website at www.dnb.com.

### HISTORY

The following information was reported **01/03/2006**:

Business started 2005.

---

### OPERATIONS

01/03/2006

**Description:**            Provides non-local trucking.

**Employees:**            UNDETERMINED.

**Facilities:**            Occupies premises in building.

### SIC & NAICS

**SIC:**
Based on information in our file, D&B has assigned this company an extended 8-digit SIC. D&B's use of 8-digit SICs enables us to be more specific to a company's operations than if we use the standard 4-digit code.

The 4-digit SIC numbers link to the description on the Occupational Safety & Health Administration (OSHA) Web site. Links open in a new browser window.

42130000        Trucking, except local

**NAICS:**

484121    General Freight Trucking, Long-Distance, Truckload

### PAYMENT SUMMARY

D&B has not received a sufficient sample of payment experiences to establish a PAYDEX score.

D&B receives over 600 million payment experiences each year. We enter these new and updated experiences into D&B Reports as this information is received. At this time, none of those experiences relate to this company.

### BANKING & FINANCE

D&B has researched this company and found no information available at this time.

### PUBLIC FILINGS

A check of D&B's public records database indicates that no filings were found for WESTERN BULK CARRIERS AS at 11 W 42nd St Ste 900, New York NY.

D&B's extensive database of public record information is updated daily to ensure timely reporting of changes and additions. It includes business-related suits, liens, judgments, bankruptcies, UCC financing statements and business registrations from every state and the District of Columbia, as well as select filing types from Puerto Rico and the U.S. Virgin Islands.

D&B collects public records through a combination of court reporters, third parties and direct electronic links with federal and local authorities. Its database of U.S. business-related filings is now the largest of its kind.
_____

Copyright 2007 Dun & Bradstreet - Provided under contract for the exclusive use of subscriber 264714398L



**Decide with Confidence**

# Business Information Report

To save report(s) to your PC, click here for instructions.                    📄 Print this Report

Copyright 2007 Dun & Bradstreet - Provided under contract for the exclusive use of subscriber 264714398L

ATTN: **888040-00001/JH**                              Report Printed: MAY 10 2007

## BUSINESS SUMMARY

**WESTERN BULK CARRIERS INC**
**1000 White Horse Rd Ste 402**
**Kirkwood, NJ 08043**

| Now Included with this Report | NEW! |
|---|---|
| **D&B's Credit Limit Recommendation** |
| D&B's industry and risk-based limit guidance |
| ▸ Learn More       ▸ View Now |

This is a **single** location.

| | | |
|---|---|---|
| **Telephone:** | 856 784-6222 | |
| **Manager:** | BRUCE SCHUCK, PRES | |
| **Management control:** | 1986 | |
| **Employs:** | 4 | |
| **SIC:** | 4213 | |
| **Line of business:** | Trucking operator-nonlocal. | |

**D-U-N-S Number:** 87-849-6017

**D&B Rating:** DS

## SUMMARY ANALYSIS

### D&B Rating:DS

The DS rating indicates that the information available does not permit D&B to classify the company within our rating key. For more information, see the D&B Rating Key.
A Summary Analysis is not available at this time.

## INVESTIGATIVE SERVICES

**\*\*\* Update available on request \*\*\***

**This information is being provided to you immediately in the interest of speed. This report may not reflect the current status of this business. D&B can investigate this business and update the information based on the results of that investigation.**

**By ordering a standard investigation the same day you order this report, an updated report will be provided to you at no extra cost.**

## CUSTOMER SERVICE

D&B Business Information Report: WESTERN BULK CARRIERS INC                                                  Page 2 of 3

If you have questions about this report, please call our Customer Resource Center at 1.800.234.3867 from anywhere within the U.S. If you are outside the U.S. contact your local D&B office.

### *** Additional Decision Support Available ***

Additional D&B products, monitoring services and specialized investigations are available to help you evaluate this company or its industry. Call Dun & Bradstreet's Customer Resource Center at 1.800.234.3867 from anywhere within the U.S. or visit our website at www.dnb.com.

### HISTORY

The following information was reported **06/12/1996**:

---

### OPERATIONS

06/12/1996

**Employees:**                                                                                                                   4,

### SIC & NAICS

**SIC:**
Based on information in our file, D&B has assigned this company an extended 8-digit SIC. D&B's use of 8-digit SICs enables us to be more specific to a company's operations than if we use the standard 4-digit code.

**NAICS:**
484121   General Freight Trucking, Long-Distance, Truckload

The 4-digit SIC numbers link to the description on the Occupational Safety & Health Administration (OSHA) Web site. Links open in a new browser window.

42130000        Trucking, except local

### PAYMENT SUMMARY

D&B has not received a sufficient sample of payment experiences to establish a PAYDEX score.

D&B receives over 600 million payment experiences each year. We enter these new and updated experiences into D&B Reports as this information is received. At this time, none of those experiences relate to this company.

### BANKING & FINANCE

&B has researched this company and found no information available at this time.

### PUBLIC FILINGS

---

he following Public Filing data is for information purposes only and is not the official record. Certified copies can only obtained from the official source.

**SUITS**

| | |
|---|---|
| **Suit amount:** | **$0** |
| **Status:** | **Pending** |
| **DOCKET NO.:** | 98CV1714 |
| **Plaintiff:** | DUFERCO STEEL INC |
| **Defendant:** | WESTERN BULK CARRIERS |
| **Where filed:** | U.S. FEDERAL DISTRICT COURT, NEW YORK, NY |

| | |
|---|---|
| **Date status attained:** | 03/09/1998 |
| **Date filed:** | 03/09/1998 |
| **Latest Info Received:** | 04/02/1998 |

If it is indicated that there are defendants other than the report subject, the lawsuit may be an action to clear title to property and does not necessarily imply a claim for money against the subject.

The public record items contained in this report may have been paid, terminated, vacated or released prior to the date this report was printed.

---

Copyright 2007 Dun & Bradstreet - Provided under contract for the exclusive use of subscriber 264714398L



**D&B**

Decide with Confidence

# Business Information Report

To save report(s) to your PC, click here for instructions.

📄 Print this Report

Copyright 2007 Dun & Bradstreet - Provided under contract for the exclusive use of subscriber 264714398L

ATTN: **888040-00001/JH**

Report Printed: MAY 10 2007
**In Date**

## BUSINESS SUMMARY

**WESTERN BULK CARRIERS (SEATTLE) INC**
(FOREIGN PARENT IS WESTERN BULK CARRIERS K S, OSLO, NORWAY.)
**1001 4th Ave, Ste 2323**
**Seattle, WA 98154**

Now included with this Report   **NEW!**

**D&B's Credit Limit Recommendation**
D&B's industry and risk-based limit guidance
▶ Learn More                          ▶ **View Now**

**Payment Trends Profile**
Payment trends and industry benchmarks
▶ Learn More                          ▶ **View Now**

This is a **single (subsidiary)** location.

| | |
|---|---|
| Telephone: | 206 292-0909 |
| Fax: | 206 292-0904 |
| Chief executive: | PER NORE, PRES |
| Year started: | 1995 |
| Employs: | 4 |
| History: | CLEAR |
| SIC: | 4412 |
| Line of business: | Foreign sea freight transportation |

| | |
|---|---|
| D-U-N-S Number: | 94-735-2787 |
| **D&B Rating:** | **2R3** |
| **Number of employees:** | 2R is **1 to 9** employees. |
| **Composite credit appraisal:** | 3 is **fair**. |

**D&B PAYDEX®:**

**12-Month D&B PAYDEX: 80**
When weighted by dollar amount, payments to suppliers average generally within terms.

```
0                              ▽           100
120 days slow    30 days slow    Prompt  Anticipates
```

Based on trade collected over last 12 months.

**NEW!** Enhanced payment trends and industry benchmarks are available on this business

## SUMMARY ANALYSIS

**D&B Rating:** **2R3**
**Number of employees:** 2R indicates **1 to 9** employees.
**Composite credit appraisal:** 3 is **fair**.

The 1R and 2R ratings categories reflect company size based on the total number of employees for the business. They are assigned to business files that do not contain a current financial statement. In 1R and 2R Ratings, the 2, 3, or 4 creditworthiness indicator is based on analysis by D&B of public filings, trade payments, business age and other important factors. 2 is the highest Composite Credit Appraisal a company not supplying D&B with current financial information can receive. For more information, see the D&B Rating Key.

Below is an overview of the company's rating history since 05/06/97:

| D&B Rating | Date Applied |
|---|---|
| 2R3 | 09/08/04 |
| 2R2 | 10/02/02 |
| 2R3 | 04/24/98 |
| -- | 05/06/97 |

The Summary Analysis section reflects information in D&B's file as of May 7, 2007.

**NEW!** How does WESTERN BULK CARRIERS (SEATTLE) INC's payment record compare to its industry? ?

A Payment Trends Profile will show you - View Now

## CUSTOMER SERVICE

If you have questions about this report, please call our Customer Resource Center at 1.800.234.3867 from anywhere within the U.S. If you are outside the U.S. contact your local D&B office.

*** Additional Decision Support Available ***

Additional D&B products, monitoring services and specialized investigations are available to help you evaluate this company or its industry. Call Dun & Bradstreet's Customer Resource Center at 1.800.234.3867 from anywhere within the U.S. or visit our website at www.dnb.com.

## HISTORY

The following information was reported **03/10/2007**:

**Officer(s):**   PER NORE, PRES

**DIRECTOR(S):**   THE OFFICER(S)

Business started Feb 1995 by parent company. 100% of capital stock is owned by Western Bulk Carriers KS.

PER NORE. Antecedents are undetermined.

## CORPORATE FAMILY

Click below to buy a Business Information Report on that family member.
For an expanded, more current corporate family view, use D&B's Global Family Linkage product.

[ Buy Selected Report(s) ]

**Parent:**

| | | |
|---|---|---|
| Western Bulk Carriers Ks | Oslo, Norway | DUNS # 51-897-3318 |

**Affiliates (International):** *(Affiliated companies share the same parent company as this business.)*

| | | |
|---|---|---|
| WESTERN BULK CARRIERS (AUSTRALIA) PTY. LTD. | SOUTHBANK, AUSTRALIA | DUNS # 75-307-8195 |

Buy Selected Report(s)

**BUSINESS REGISTRATION**

CORPORATE AND BUSINESS REGISTRATIONS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL
SOURCE AS OF APR 27 2007:

**Registered Name:**      WESTERN BULK CARRIERS (SEATTLE) INC.

| | |
|---|---|
| **Business type:** | CORPORATION |
| **Corporation type:** | PROFIT |
| **Date incorporated:** | FEB 22 1995 |
| **State of incorporation:** | WASHINGTON |
| **Filing date:** | FEB 22 1995 |
| **Registration ID:** | 25055690 |
| **Duration:** | PERPETUAL |
| **Status:** | ACTIVE, IN COMPLIANCE |

**Where filed:**       SECRETARY OF STATE/CORPORATIONS DIVISION, OLYMPIA, WA

**Registered agent:**     OYSTEIN BOE, 1001 FOURTH AVE STE 2323, SEATTLE, WA, 981540000

**OPERATIONS**

03/10/2007

**Description:** Foreign parent is Western Bulk Carriers K S, Oslo, Norway. Duns number is 51-897-3318. Parent
operates as freight trasporters. Reference is made to that report for background information on the
parent and its management. The parent company owns 100% of capital stock of the business.
Intercompany relations: none reported by management.

Provides deep sea foreign transportation of freight (100%).

Terms are net 5 and net 30 days. Sells to commercial concerns. Territory : United States & Canada.

**Employees:** 4 which includes officer(s).

**Facilities:** Leases 1,500 sq. ft. in building.

**Location:** Central business section on main street.

**SIC & NAICS**

**SIC:**

Based on information in our file, D&B has assigned this
company an extended 8-digit SIC. D&B's use of 8-digit
SICs enables us to be more specific to a company's
operations than if we use the standard 4-digit code.

The 4-digit SIC numbers link to the description on the
Occupational Safety & Health Administration (OSHA)
web site. Links open in a new browser window.

4120000    Deep sea foreign transportation of
freight

**NAICS:**
483111  Deep Sea Freight Transportation

**D&B PAYDEX**

**NEW!** Enhanced payment trends and industry benchmarks are available on this business

The D&B PAYDEX is a unique, dollar weighted indicator of payment performance based on up to 7 payment experiences as reported to D&B by trade references.



**3-Month D&B PAYDEX: 80**
When weighted by dollar amount, payments to suppliers average within terms.



**12-Month D&B PAYDEX: 80**
When weighted by dollar amount, payments to suppliers average generally within terms.

Based on trade collected over last 3 months.

Based on trade collected over last 12 months.

When dollar amounts are not considered, then approximately 100% of the company's payments are within terms.

## PAYMENT SUMMARY

The Payment Summary section reflects payment information in D&B's file as of the date of this report.

Below is an overview of the company's dollar-weighted payments, segmented by its suppliers' primary industries:

| | Total Rcv'd (#) | Total Dollar Amts ($) | Largest High Credit ($) | Within Terms (%) | Days Slow <31 | 31-60 | 61-90 | 90> (%) |
|---|---|---|---|---|---|---|---|---|
| **Top industries:** | | | | | | | | |
| Short-trm busn credit | 2 | 350 | 250 | 100 | - | - | - | - |
| Fire/casualty insur. | 1 | 2,500 | 2,500 | 100 | - | - | - | - |
| Radiotelephone commun | 1 | 250 | 250 | 100 | - | - | - | - |
| Executive office | 1 | 100 | 100 | 100 | - | - | - | - |
| Telephone communictns | 1 | 100 | 100 | 100 | - | - | - | - |
| Data processing svcs | 1 | 50 | 50 | 100 | - | - | - | - |
| **Other payment categories:** | | | | | | | | |
| Cash experiences | 0 | 0 | 0 | | | | | |
| Payment record unknown | 0 | 0 | 0 | | | | | |
| Unfavorable comments | 0 | 0 | 0 | | | | | |
| **Placed for collections:** | | | | | | | | |
| With D&B | 0 | 0 | | | | | | |
| Other | 0 | N/A | | | | | | |
| Total in D&B's file | 7 | 3,350 | 2,500 | | | | | |

The highest **Now Owes** on file is $500

The highest **Past Due** on file is $0

D&B receives over 600 million payment experiences each year. We enter these new andupdated experiences into D&B Reports as this information isreceived.



**NEW!   Have WESTERN BULK CARRIERS (SEATTLE) INC's payment habits changed over time?**

Payment Trends Profile will show you - View Now

D&B Business Information Report: WESTERN BULK CARRIERS (SEATTLE) INC                Page 5 of 6.

## PAYMENT DETAILS

### Detailed Payment History

| Date Reported (mm/yy) | Paying Record | High Credit ($) | Now Owes ($) | Past Due ($) | Selling Terms | Last Sale Within (months) |
|---|---|---|---|---|---|---|
| 03/07 | Ppt | 2,500 | 500 | 0 | | 1 mo |
| | Ppt | 100 | 50 | 0 | | 1 mo |
| | Ppt | 100 | 0 | 0 | | 2-3 mos |
| | Ppt | 50 | 50 | 0 | | 1 mo |
| 02/07 | Ppt | 250 | 0 | 0 | | 6-12 mos |
| 09/06 | Ppt | 100 | | | | 6-12 mos |
| 04/06 | Ppt | 250 | 250 | 0 | | 1 mo |

Each experience shown is from a separate supplier. Updated trade experiences replace those previously reported.

**NEW!**  **Have WESTERN BULK CARRIERS (SEATTLE) INC's payment habits changed over time?**

A Payment Trends Profile will show you - View Now

## FINANCE

**03/10/2007**

Sources contacted verified information on September 26, 2005.

### PUBLIC FILINGS

A check of D&B's public records database indicates that no filings were found for WESTERN BULK CARRIERS (SEATTLE) INC at 1001 4th Ave, Ste 2323, Seattle WA.

D&B's extensive database of public record information is updated daily to ensure timely reporting of changes and additions. It includes business-related suits, liens, judgments, bankruptcies, UCC financing statements and business registrations from every state and the District of Columbia, as well as select filing types from Puerto Rico and the U.S. Virgin Islands.

D&B collects public records through a combination of court reporters, third parties and direct electronic links with federal and local authorities. Its database of U.S. business-related filings is now the largest of its kind.

## GOVERNMENT ACTIVITY

Activity summary

| | |
|---|---|
| Borrower (Dir/Guar): | NO |
| Administrative debt: | NO |
| Contractor: | NO |
| Grantee: | NO |
| Party excluded from federal program(s): | NO |

Possible candidate for socio-economic program consideration

| | |
|---|---|
| Labor surplus area: | YES (2007) |
| Small Business: | N/A |
| 8(A) firm: | N/A |

The details provided in the Government Activity section are as reported to Dun & Bradstreet by the federal government and other sources.

---

D&B Business Information Report: WESTERN BULK CARRIERS (SEATTLE) INC    Page 6 of 6

Copyright 2007 Dun & Bradstreet - Provided under contract for the exclusive use of subscriber 264714398L

# Exhibit 3



QUERY - CN(WESTERN & BULK)                  DATABASE(S) - EA-ALL

| Rank | Executive Name | Business Name | City | ST/PV/CNTRY | Source |
|------|----------------|---------------|------|-------------|--------|
| 1. | AGE, KORSVOLD | WESTERN BULK AS | OSLO | NORWAY | D &amp; B EXEC FILE |
| 2. | BRUCE SCHUCK | WESTERN BULK CARRIERS (U.S.A.), INC. | TAMPA | FL | CORPORATE FILINGS |
| 3. | GARY K CROSS | BULK TRANSPORTATION | WALNUT | CA | CORPORATE FILINGS |
| 4. | GEORGE G CROSS | CALIFORNIA AND WESTERN STATES AMMONIA TRANSPORT, INC. | WALNUT | CA | CORPORATE FILINGS |
| 5. | CHRISTENSEN, CHRISTIAN V | WESTERN BULK CARRIERS (AUSTRALIA) PTY. LTD. | SOUTHBANK | VI | D &amp; B EXEC FILE |
| 6. | W.P. MCCONNELL | WESTERN BULK SYSTEMS, INC. | PORTLAND | OR | CORPORATE FILINGS |
| 7. | DANA KING | WESTERN-COMMERCIAL TRANSPORT OF TEXAS, INC. | FORT WORTH | TX | CORPORATE FILINGS |
| 8. | DANA KING | METROPLEX BULK TRANSPORT, INC. | FORT WORTH | TX | CORPORATE FILINGS |
| 9. | MISSION FERTILIZER COMPANY | WESTERN BULK HANDLING SYSTEMS | OXNARD | CA | FBN-ALL |
| 10. | NORE, PER | WESTERN BULK CARRIERS (SEATTLE) INC | SEATTLE | WA | D &amp; B EXEC FILE |
| 11. | NORE, PER | WESTERN BULK CARRIERS SEATTLE | SEATTLE | WA | D &amp; B EXEC FILE |
| 12. | PREBEN, MUNTHE T | WESTERN BULK SHIPPING AS | OSLO | NORWAY | D &amp; B EXEC FILE |
| 13. | PREBEN, MUNTHE T | WESTERN BULK CARRIERS AS | OSLO | NORWAY | D &amp; B EXEC FILE |
| 14. | MARVIN J STRUIKSMA | WEST COAST ROCK & SAND, INC. | BUENA PARK | CA | CORPORATE FILINGS |
| 15. | NORE PER | WESTERN BULK CARRIERS INC | SEATTLE | WA | BUSFIND-US |
| 16. | BARBARA LAWRENCE | WESTERN BULK TRANSPORT COMPANY, INC. | LAKESIDE | CA | CORPORATE FILINGS |
| 17. | WESTERN BULK | WESTERN BULK | | CA | FBN-ALL |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

QUERY - CN(WESTERN & BULK)                DATABASE(S) - EA-ALL

| | TRANSPORT INC | TRANSPORT INC | | | |
|---|---|---|---|---|---|
| 18. | WILLIAMS RAYMOND | WESTERN BULK CARRIERS | HESPERIA | CA | FBN-ALL |
| 19. | THURBER, H W III | WESTERN BULK AGENCY, INC. | MOBILE | AL | CORPORATE FILINGS |
| 20. | STEVE NELLIGAN | WESTERN BULK EQUIPMENT, LLC | DENVER | CO | CORPORATE FILINGS |
| 21. | OYSTEIN BOE | WESTERN BULK CARRIERS (SEATTLE) INC. | | | CORPORATE FILINGS |
| 22. | UNITED STATES CORP COMPANY | BOUSA INC. | | | CORPORATE FILINGS |
| 23. | LES COCHRAN | COASTAL LEASING CO. | | | CORPORATE FILINGS |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.