*Judge McMahon*

Holland & Knight, LLP
James H. Hohenstein (JH 3285)
Lissa D. Schaupp (LS 6300)
195 Broadway, 24th Floor
New York, NY 10007
(212) 513-3200
E-mail: jim.hohenstein@hklaw.com
       lissa.schaupp@hklaw.com

07 CV 4139

Attorneys for Plaintiff,
Auckland Shipping Company, London

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

| | | |
|---|---|---|
| AUCKLAND SHIPPING COMPANY, LONDON | : | 07 Civ.  ( ) |
| Plaintiff, | : | **AFFIDAVIT IN SUPPORT ORDER APPOINTING PERSON TO SERVE PROCESS** |
| - against - | | |
| WESTERN BULK CARRIERS KS, | : | |
| Defendant. | : | |

------------------------------------x

STATE OF NEW YORK   )
                            :ss.:
COUNTY OF NEW YORK )

     James H. Hohenstein, being duly sworn, deposes and says:

     1.    I am a member of the firm of Holland & Knight, LLP, attorneys for plaintiff, Auckland Shipping Company, London ("Plaintiff"), and I am duly admitted to practice before the United States District Court for the Southern District of New York.

     2.    This affidavit is made in support of an Order to appoint Jerome Wills, Willis Vargas and/or Rudy Green, who are all over 18 years of age and are not a party to or an attorney

in this action, to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the Garnishees.

3. The granting of this request will result in a material savings in process and travel expenses.

WHEREFORE, Plaintiff respectfully requests that the Order be granted appointing Jerome Wills, Willis Vargas and/or Rudy Green or any one of them to serve process in this matter upon the above named Defendant and garnishees.

James H. Hohenstein (JH 3285)

Sworn to before me this
29th day of May 2007

Notary Public

#4117117_v1

RUDY D. GREEN
Notary Public, State of New York
No. 02GR4952723
Qualified in Queens County
Certificate Filed in New York County
Commission Expires February 26, 2010