UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AUCKLAND SHIPPING COMPANY LONDON, :     07-CV-4139 (CM)

                Plaintiff,                     :     **FED. R. CIV. PRO. 7.1**
                                                                                                            **DISCLOSURE STATEMENT**

            - against -                              :

WESTERN BULK CARRIERS KS,                 :

               Defendant.                          :
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Defendant, WESTERN BULK CARRIERS KS, certifies upon information and belief that the following are corporate parents(s) and/or any publicly held corporation(s) that owns 10% or more of its stock:    WESTERN BULK AS – corporate parent

Dated: June 20, 2007
       New York, NY

                                          The Defendant,
                                        WESTERN BULK CARRIERS KS

                               By: _____
                                   Kevin J. Lennon (KL 5072)
                                   Patrick F. Lennon (PL 2162)

                                 LENNON, MURPHY & LENNON, LLC
                                 The Gray Bar Building
                                 420 Lexington Ave., Suite 300
                                 New York, NY 10170
                                 Phone (212) 490-6050
                                 Fax (212) 490-6070
                                 kjl@lenmur.com
                                 pfl@lenmur.com

TO: Holland & Knight LLP
Attorneys for Plaintiff
195 Broadway
New York, NY 10007
(212) 513-3213
(212) 385-9010
Attn: James H. Hohenstein, Esq.
Lissa D. Schaupp, Esq.

### AFFIRMATION OF SERVICE

I hereby certify that on June 20, 2007, a copy of the foregoing **DISCLOSURE STATEMENT** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

Kevin J. Lennon