LENNON, MURPHY & LENNON, LLC
Kevin J. Lennon (KL 5072)
Patrick F. Lennon (PL 2162)
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, NY 101070
(212) 490-6050 – phone
(212) 490-6070 – fax
Email: kjl@lenmur.com
       pfl@lenmur.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AUCKLAND SHIPPING COMPANY LONDON    :    07-CV-4139 (CM)

              Plaintiff,    :

            - against -                         :        **RESTRICTED APPEARANCE**

WESTERN BULK CARRIERS KS,           :

             Defendant.    :
-----------------------------------------------------------X

    WESTERN BULK CARRIERS, KS, by and through its undersigned counsel, hereby enters its restricted appearance pursuant to Supplemental Rule E(8), reserving its right to seek vacateur of the Order authorizing issuance of Process of Maritime Attachment and Garnishment and to oppose recognition and enforcement of any London arbitration award that may henceforth be obtained by Plaintiff.

    WESTERN BULK CARRIERS, hereby demands that Plaintiff serve a copy of its Complaint, and all other pleadings, orders or papers issued or filed herein, on its undersigned counsel.

Dated: June 20, 2007
      New York, NY

                        The Defendant,
                        WESTERN BULK CARRIERS KS

                        By: _____
                        Kevin J. Lennon (KL 5072)
                        Patrick F. Lennon (PL 2162)

                        LENNON, MURPHY & LENNON, LLC
                        The Gray Bar Building
                        420 Lexington Ave., Suite 300
                        New York, NY 10170
                        Phone (212) 490-6050
                        Fax (212) 490-6070
                        kjl@lenmur.com
                        pfl@lenmur.com

TO:   Holland & Knight LLP
        Attorneys for Plaintiff
        195 Broadway
        New York, NY 10007
        (212) 513-3213
        (212) 385-9010
        Attn:  James H. Hohenstein, Esq.
                  Lissa D. Schaupp, Esq.

## AFFIRMATION OF SERVICE

I hereby certify that on June 20, 2007, a copy of the foregoing **RESTRICTED APPEARANCE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

_____
Kevin J. Lennon