USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7|3|07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

AUCKLAND SHIPPING COMPANY LONDON,            :        07 CIV 4139 (CM)

                          Plaintiff,         :        **ORDER**
                                                      **FOR RELEASE**
           - against -                       :        **OF FUNDS AND**
                                                      **STAY OF ACTION**
WESTERN BULK CARRIERS KS,                     :

                          Defendant.         :
------------------------------------------------------------------------X

WHERAS the parties having agreed to exchange substitute security for Plaintiff's claims alleged in its Verified Complaint dated May 29, 2007 and also for Defendant's counterclaims alleged in its Counterclaim dated June 20, 2007; and

WHEREAS once the aforesaid substitute security has been exchanged that any and all of Defendant's funds restrained within this District pursuant to the May 30, 2007 Ex Parte Order and Process of Maritime Attachment and Garnishment at non-party garnishee banks and/or financial institutions shall be released pursuant to instructions to be furnished to the garnishee(s) by Defendant's counsel, LENNON, MURPHY & LENNON, LLC; and

WHEREAS the substitute security provided by Defendant to Plaintiff was agreed upon the express reservation of all rights within this action;

**IT IS HEREBY ORDERED:**

The parties shall proceed to immediately exchange the agreed upon substitute security via their respective English solicitors; and

Thereafter that all of Defendant's funds restrained pursuant to the May 30, 2007 Ex Parte Order and Process of Maritime Attachment and Garnishment within this District at non-party garnishee banks and/or financial institutions shall be released pursuant to instructions to be

furnished to the garnishee(s) by Defendant's counsel, LENNON, MURPHY & LENNON, LLC;

and

This action shall thereafter be stayed pending the outcome of London arbitration to which the parties have submitted their dispute(s).

Dated: July 3, 2007
      New York, NY


SO ORDERED:       _Loretta A. Preska_
                    U.S.D.J.
                    (Part I)